1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5
   Attorneys for the United States
6

**FILED**
DEC 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:16-SW-0165-KJN |
|---|---|
| $130,000.00 IN U.S. CURRENCY, | 2:16-SW-0166-KJN |
|  | 2:16-SW-0167-KJN |
| $177,820.00 IN U.S. CURRENCY, | 2:16-SW-0168-KJN |
|  | 2:16-SW-0169-KJN |
| US BANK CHECK NO. 3888508237 FOR $50,000.00 DATED JANUARY 9, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | 2:16-SW-0170-KJN |
| CHASE BANK CHECK NO. 9439615735 FOR $4,550.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| CHASE BANK CHECK NO. 9037112846 FOR $4,796.00 FROM JAGDISH NARGUNDE DATED JULY 22, 2015, MADE PAYABLE TO ABHIJIT PRASAD, and | |
| WEST GATE BANK CHECK NO. 223067 FOR $8,323.00 FROM RAVI MAKKAPATI DATED DECEMBER 12, 2015, MADE PAYABLE TO ABHIJIT PRASAD, | |
| Defendants. | |

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above captioned

///

///

1

1  proceedings be and are hereby unsealed.

2  Date: Dec 27, 2016

KENDALL J. NEWMAN
United States Magistrate Judge

2

Order Re: Request to Unseal Documents